CLOSED

## U.S. District Court
### District of Kansas (Kansas City)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02107-JTM-DWB
### Internal Use Only

| | |
|---|---|
| Srimoungchanh v. LG Philips LCD Co., Ltd et al | Date Filed: 03/07/2007 |
| Assigned to: District Judge J. Thomas Marten | Date Terminated: 06/06/2007 |
| Referred to: Magistrate Donald W. Bostwick | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kou Srimoungchanh**     represented by     **Isaac L. Diel**
*On Behalf of Himself And All Others*                                Sharp McQueen P.A.
*Similarly Situated*                                                      6900 College Blvd., Suite #285
Overland Park, KS 66211
913-661-9931
Fax: 913-661-9935
Email: dslawkc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Brill**
Office of Thomas H. Brill
6552 Sagamore Road
Mission Hills, KS 66208-3712
913-677-2004
Fax: 913-677-2152
Email: brillkc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co., Ltd**

**Defendant**

**LG Philips LCD America, Inc**

**Defendant**

**Samsung Electronics Co., Ltd**

**Defendant**

**NEC Corporation**

Case 3:07-cv-02954-SI     Document 1-3     Filed 06/07/2007     Page 2 of 4

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd

**Defendant**

Hitachi Ltd.

**Defendant**

Hitachi Displays, Ltd

**Defendant**

Hitachi America Ltd.

**Defendant**

Hitachi Electronic Devices (USA), Inc

**Defendant**

IDT International Ltd

**Defendant**

International Display Technology Co., Ltd

**Defendant**

International Display Technology USA Inc

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba Matsushita Display Technology Co., Ltd

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc

**Defendant**

Chunghwa Picture Tubes Ltd

**Defendant**

Hannstar Display Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Kou Srimoungchanh.(jb) (Entered: 03/08/2007) |
| 03/08/2007 |  | FILING FEE PAID: in the amount of $350.00, receipt number K1007225 (jb) (Entered: 03/08/2007) |
| 06/06/2007 | 2 | CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California (MDL-07-1827). Terminating Case.(mm) (Entered: 06/06/2007) |