1

2  LINGEL H. WINTERS, ESQ. (SBN 37759)
   LAW OFFICES OF LINGEL H. WINTERS
   A PROFESSIONAL CORPORATION
3  One Maritime Plaza, Suite 400
   San Francisco, CA  94111
4  Telephone:    (415) 398-2941
   Facsimile:    (415) 393-9887
5

6  GIRARDI & KEESE
   THOMAS V. GIRARDI (SBN 36603)
   1126 Wilshire Blvd.
7  Los Angeles, CA  90017-1904
   Telephone (213) 977-0211
8

9  Attorneys for Plaintiff and the Putative Class

                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12

| 13 | IN RE TFT-LCD (FLAT PANEL)ANTITRUST LITIGATION | **MDL No. M:07-cv-01827 SI** |
|---|---|---|
| 14 | | **Case No. C-07-cv-2796 SI** |
| 15 | | **CLASS ACTION** |
| 16 | *EMW, Inc. v. LG Philips LCD CO., LTD et al.* Case No. C-07-2796 SI | **MOTION FOR ORDER SHORTENING TIME** |
| 17 | | |
| 18 | THIS DOCUMENT RELATES TO | Date: July 10, 2007 Time: 10:00 a.m. |
| 19 | ALL INDIRECT PURCHASER ACTIONS | Hon. Susan Illston Courtroom: 10 |
| 20 | | |

21

22

23    Pursuant to Civil Local Rule 6-3, plaintiff and moving party EMW, Inc. moves the Court for an

24  order shortening time to hear plaintiff's Motion To Appoint Interim Class Counsel For the

25  California Indirect Purchasers Subgroup.

26    On June 4, 2007, plaintiff EMW, Inc. filed its Reply Memorandum Indirect Purchaser

27  Leadership Proposal of Lingel H. Winters P.C. in the belief that the hearing on various class

28

motions was firmly set for June 8, 2007 and that there was no further time in which to take action. On June 5, 2007, the Court continued the motions to July 10, 2007. With this continuance in hand, plaintiff undertook to engage co-counsel to join in filing its Motion To Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup. On June 18, Thomas V. Girardi of Girardi & Keese agreed to join as co-counsel and plaintiff set about finalizing said Motion. It is believed that said Motion will simplify the case and increase the manageability and judicial economy for the case, and that therefore, it is in the interest of all parties and the Court for said Motion to be heard on July 10, 2007.

Substantial harm or prejudice will occur if the time for hearing the motion is not shortened in several regards:

1) The Court and putative classes will be deprived of the appropriate competition among law firms for service to them.

2) The manageability of the indirect purchasers action may be adversely affected by consolidated representation of claimants claiming under the laws of 20-30 different states. The Motion contends that manageability and commonality can only be achieved by subgrouping the various claims.

Some counsel claim that claimants claiming under the differing laws of 20-30 states may be represented by one consolidated group of attorneys. Plaintiff contends that such representation could undermine commonality and predominance and lead to conflicts. Plaintiff contends that there is a natural subgrouping that arises from the complaint in *Eliasoph v. LG Philips Co, Ltd. et al.,* breaks the claimants down into three natural groups:

1) Subgroup One: California Claims (*Eliasoph* Second, Third Claims)

2) SubGroup Two: Claims under Other Repealer States with laws involving "Violations of State Antitrust and Unfair Competition

MOTION FOR ORDER SHORTING TIME

1    Laws" – *Eliasoph Fourth Claim)*

2    3)  Subgroup Three: Claims under State laws claimed as "Violations of

3    State Consumer Protection and Unfair Competition Laws – *Eliasoph*

4    Fifth Claim.

5

6    In such cases as *Walsh v. Ford Motor Co.* (D.C. Cir. 1986) 807 F.2d 1000, 1017 and *In Re*

7    *School Asbestos Litigation* 789 F.2d 996 (3rd Cir. 1986), the Courts concluded  various and

8    differing state claims may satisfy the predominance and commonality requirement where

9    subgrouping of such State claims in employed.

10    The Motion also contends that such subgrouping minimizes conflicts.

11    Since multiple parties are involved in this complex action, the best notice is by ECF and it

12    would be impractical to seek stipulation.

13

14    WHEFORE plaintiff prays for an Order Shortening Time for plaintiff's Motion to Appoint

15    Interim Class Counsel For the California Indirect Purchasers Subgroup.

16

17    Dated: June 2-1, 2007                    LAW OFFICES OF LINGEL H. WINTERS

18                                              A PROFESSIONAL CORPORATION

19

20    By:  *Lingel H. Winters*

21         Lingel H. Winters

22

23

24

25

26

27

28

MOTION FOR ORDER SHORTING TIME